*Monday, March 5, 2001*

## DISCIPLINARY DOCKET

**00–2099. Cincinnati Bar Assn. v. Clapp & Affiliates Fin. Serv., Inc.**
This cause is pending before the court upon movant's motion for an order to show cause why the respondent should not be punished for contempt for not complying with subpoena *duces tecum*. Upon consideration of the motions of Robert D. Clapp for leave to intervene and to quash subpoena *duces tecum*, and his response to the court's show cause order,

IT IS ORDERED by the court that the motion for leave to intervene of Robert D. Clapp personally be, and hereby is, granted, and the motion to quash subpoena *duces tecum* be, and hereby is, denied.

PFEIFER and COOK, JJ., would also find respondent in contempt for failing to comply with the subpoena *duces tecum*.

**01–282. In re Bailey.**
Upon consideration of movant's motion to suppress deposition or, in the alternative, to seal deposition,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

*Tuesday, March 6, 2001*

## MISCELLANEOUS DISMISSALS

**00–2274. State ex rel. Atlantic Richfield Co. v. Indus. Comm.**
Franklin App. No. 00AP–273. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due February 26, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte*.

**01–165. Miller v. Gunckle.**
Butler App. No. CA200002026. This cause is pending before the court as a discretionary appeal and cross-appeal. It appears from the records of this court that appellee/cross-appellant has not filed a memorandum in response and in support of cross-appeal, due February 23, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal be, and hereby is, dismissed.

The appeal of Allen J. Miller, a minor, et al., remains pending.

**01–286. In re Wooldridge.**
Hamilton App. No. C–000075. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the court of appeals' opinion that the appeal involves termination of parental rights. The appellant failed to state in the notice of appeal that the appeal involved termination of parental rights as required by S.Ct.Prac.R. II(2)(B)(1). Furthermore, appellant failed to timely file this appeal within twenty days from the entry of judgment as required by S.Ct.Prac.R. II(2)(A)(1)(a). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed.